*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

11/02/2017

**DISTRICT OF COLUMBIA COURT OF APPEALS**

FILED
District of Columbia
Court of Appeals

*Julio Castillo*
Julio Castillo
Clerk of Court

**No. 17-BG-229**

IN RE RICHARD L. DENMAN,

                          Respondent.        Board Docket No. 17-PD-019, et al.

Bar Registration No. 445330           DDN:   104-14

BEFORE:   Beckwith and Easterly, Associate Judges, and Nebeker, Senior Judge.

**O R D E R**
(FILED – November 2, 2017)

Upon consideration of the petition of the Board on Professional Responsibility pursuant to D.C. Bar R. XI, § 13 (c), to suspend respondent indefinitely based on disability, and the Board's motion to file under seal, and it appearing that neither respondent nor Disciplinary Counsel has interposed an objection thereto, it is hereby

ORDERED that the Board's motion to file under seal is granted; and it is

FURTHER ORDERED the respondent is indefinitely suspended from the practice of law in the District of Columbia, effective immediately, and that any pending matters be held in abeyance pursuant to D.C. Bar R. XI, § 13 (e) until further order of the court pursuant to D.C. Bar R. XI, § 13 (c). Respondent's reinstatement to the District of Columbia Bar shall be in accordance with the provisions of D.C. Bar R. XI, § 13 (g); and it is

FURTHER ORDERED that respondent's attention is drawn to the requirements of D.C. Bar R. XI, §§ 14 and 16, relating to suspending attorneys; and it is

FURTHER ORDERED that respondent shall file an affidavit in compliance with D.C. Bar R. XI, § 14 (g) with the court and the Board and shall serve a copy of the affidavit on Disciplinary Counsel.

**PER CURIAM**